Eileen Huff, an Infant, by Charles Huff, Jr., her Guardian ad Litem, et al., Appellants, v. City of New York, Respondent.—In an action to recover damages for personal injuries sustained by an infant plaintiff, alleged to have been caused by negligent construction and maintenance of a turnstile in a subway station operated and controlled by respondent, and for medical and other expenses incurred by the infant's parent because of such injuries,

judgment, entered on an order of the trial court, dismissing appellants' complaint at the conclusion of their case, unanimously affirmed, with costs. No opinion. Present — Johnston, Acting P. J., Adel, Nolan, Sneed and Wenzel.